| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 0206/3:17CR00304-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED MAY 08 2018 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA | DOCKET NUMBER (Rec. Court) 1:18-CR-143-TWP-DML |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Cavya Chandra<br>Carmel, Indiana 46032 | Northern District New York | BINGHAMTON |
| | NAME OF SENTENCING JUDGE | |
| | Hon. David E. Peebles | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/23/2018  TO 04/22/2023 |

OFFENSE

20 U.S.C. § 1097(a)   Federal Student Loan Fraud

FILED MAY 14 2018 AT _____ O'CLOCK Lawrence K. Baerman, Clerk - Binghamton

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Northern District of New York"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 30, 2018
_Date_

_/s/ David E. Peebles_
David E. Peebles
U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Indiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Date: 5/9/2018

_/s/ Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105*<br>*Indianapolis, Indiana*<br>*46204* | *101 Northwest MLK Boulevard*<br>*Evansville, Indiana*<br>*47708* |
| *921 Ohio Street*<br>*Terre Haute, Indiana*<br>*47807* | *121 West Spring Street*<br>*New Albany, Indiana*<br>*47150* |

May 10, 2018

United States District Court
Northern District of New York
15 Henry St.
Binghamton, NY 13901

Re: USA v. CAVYA CHANDRA
Northern District of New York Cause Number: 3:17-cr-304-1
Southern District of Indiana Cause Number: 1:18-cr-00143-TWP-DML

Dear Clerk:

Enclosed please find the original Transfer of Jurisdiction, Form 22, accepting jurisdiction of the above case as to CAVYA CHANDRA.

Please forward certified copies of the docket sheet, charging instrument, judgment, transfer of jurisdiction form, defendant's Case Inquiry Report from your financial office, and any other relevant case documents to the Indianapolis division office address shown above.

Sincerely,

Laura A. Briggs, Clerk

By: s/Neil A. Damron
Neil A. Damron, Deputy Clerk

cc: USA