# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy



10 Broad Street
Utica, New York 13501
(315) 793-8151

May 15, 2018

Clerk, United States District Court
Southern District of Indiana
U.S. Courthouse
921 Ohio Street
Terre Haute, IN 47807

**RE:    USA vs. Cavya Chandra
        CASE NO. 3:17-CR-0304**

Dear Clerk:

    Enclosed please find certified copies of:

- Probation Form 22, accepting jurisdiction,
- Information/Indictment
- Judgment
- docket sheet.

    Please sign the extra copy of this cover letter and return in the enclosed, self-addressed envelope.

    If you have any questions, please feel free to contact me.

Very truly yours,
LAWRENCE K. BAERMAN, Clerk

    s/
    Susan Evans, Deputy Clerk

Enc.

_____    _____
Received by                                    Date