# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

10 Broad Street
Utica, New York 13501
(315) 793-8151

FILED

May 15, 2018

MAY 21 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Clerk, United States District Court
Southern District of Indiana
U.S. Courthouse
921 Ohio Street
Terre Haute, IN 47807

1:18-CR 143 -TWP - DML

RE:   USA vs. Cavya Chandra
      CASE NO. 3:17-CR-0304



Dear Clerk:

Enclosed please find certified copies of:

- Probation Form 22, accepting jurisdiction,
- Information/Indictment
- Judgment
- docket sheet.

Please sign the extra copy of this cover letter and return in the enclosed, self-addressed envelope.

If you have any questions, please feel free to contact me.

Very truly yours,
LAWRENCE K. BAERMAN, Clerk

   s/
   Susan Evans, Deputy Clerk

Enc.

_____     5/21/2018
Received by                  Date



CLERK U.S. DISTRICT COURT
10 Broad St.
Utica, New York 13501-1233

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

INDIANAPOLIS
IN 460
22 MAY '18
PM 3 L

$000.47⁰ PITNEY BOWES
MAY 22 2018
0003190095
MAILED FROM ZIP CODE 46204

LAWRENCE K. BAERMAN, CLERK
United States District Court
Federal Building - 10 Broad Street
Utica, New York 13501-1233

13501-123395

RECEIVED-UTICA
MAY 25 2018
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK